IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| FRANK JESE,<br><br>               Plaintiff,<br><br>v.<br><br>TIM DENNIS et al.,<br><br>               Defendants. | **MEMORANDUM DECISION & ORDER**<br><br><br>Case No. 2:16-CV-227 TS<br><br>District Judge Ted Stewart |

       The Court has directed the United States Marshals Service to serve process in this case. *See* Fed. R. Civ. P. 4(c)(2).  To do so, by statute, the United States Marshal "shall command all necessary assistance to execute its duties."  *See* 28 U.S.C.S. § 556(c) (2017).

       The Complaint identifies the following Utah Department of Corrections employee as a defendant:  **Tim Dennis**.

       Service of process on current government employees may be effected via authorized agent.  If the defendant is no longer employed by the State or the State is not authorized to accept service for this individual, more information must be obtained from the State to complete service.

       Accordingly, **IT IS HEREBY ORDERED** that:  If the State is unable to accept service of process for the defendant identified above, the State shall disclose to the United States Marshals Service any information in its records that may help in identifying, locating and completing service of process upon the named defendant.  Such information shall include, but is not limited to, the defendant's full names and any known aliases, dates of birth, Social Security

numbers, driver's license numbers, all previous addresses, and last known addresses on file. The U.S. Marshal shall take all necessary measures to safeguard any personal information provided by the State to ensure that it is not disclosed to anyone other than the U.S. Marshals Service or Court officers.

**IT IS SO ORDERED**.

DATED this 15th day of February, 2017.

BY THE COURT:

JUDGE TED STEWART
United States District Court